EDWARD H. KUBO, JR.  (2499)
United States Attorney
District of Hawaii

RACHEL S. MORIYAMA (3802)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850-6100
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email:  rachel.moriyama@usdoj.gov

Attorneys for Plaintiff

              IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 04-00370 DAE BMK |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER |
| vs. | |
| TWO HUNDRED FORTY-THREE THOUSAND FIFTY DOLLARS AND TWENTY-SIX CENTS ($243,050.26) IN UNITED STATES CURRENCY; AND REAL PROPERTY LOCATED AT 648 MOANIALA STREET IN HONOLULU, HAWAII, TITLED IN THE NAME OF TYNA LYNN CHANG, AND IDENTIFIED AS TAX MAP KEY NO. (1) 3-7-022-005, TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES, | |
| Defendants. | |
| CYNTHIA AGBAYANI, also known as "Tyna Lynn Chang," | |
| Claimant. | |

<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

It is hereby stipulated by and between the parties above-named, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, that the above-entitled action be dismissed with prejudice, each party to bear its own costs, expenses and fees.  There are no remaining claims or parties.

DATED:  September 19, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


/s/ Samuel P. King, Jr.                    /s/ Rachel S. Moriyama
_____        By _____
SAMUEL P. KING, JR., ESQ.          RACHEL S. MORIYAMA
Attorney for Claimant                Assistant U.S. Attorney

                                  Attorneys for Plaintiff


APPROVED AND SO ORDERED:
DATED:  Honolulu, Hawaii, September 21, 2006.



_____
David Alan Ezra
United States District Judge



<u>USA v. $243,050.26 in United States Currency, etc.</u>
Civ. No. 04-00370 DAE BMK
"STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER"